UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  
**DIEGO VILLAMEDIANA**  
**SSN:XXX-XX-0520**  
           Debtor.  
_____/

Case No. 12-33355-BKC-AJC  
Chapter 13

## MOTION FOR EARLY PAYOFF AND EARLY DISCHARGE OF CHAPTER 13 CASE

**NOW COMES** the Debtor Diego Villamediana, through the undersigned counsel, and files this Motion for Early payoff and Early Discharge of Chapter 13 Case, and as grounds therefore states:

1. On September 28, 2012 the Debtor filed a chapter 13 Case.
2. Debtor has a three years CMI and three years has expired.
3. Favio Villamediana, brother of the debtor, agrees to payoff the bankruptcy case.

**WHEREFORE**, the debtor respectfully requests that this Court grant the Motion for Early Payoff and Early Discharge of the Chapter 13 Case.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern district of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A)

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing and Court generated Notice of Hearing was electronically served to: Nancy K. Neidich, Trustee; and by US Mail to all interested parties (see attached list) on this _18_ day of _December_, 2015.

Respectfully submitted,

/s/ Jorge L. Suarez  
Jorge L. Suarez, Esq.  
FL Bar No.0844950

Bankruptcy Legal Services, P.A.  
Attorney for Debtor(s)  
3735 SW 8th Street, Suite 101  
Coral Gables, FL 33134  
Tel: (305) 445-2944  
info@bkcylegal.com



| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 12-33355-AJC<br>Southern District of Florida<br>Miami<br>Fri Dec 18 11:22:54 EST 2015 | Aurea I, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Bank Of America, N.A.<br>c/o Frank Gomez<br>4855 Technology Way #500<br>Boca Raton, FL 33431-3352 |
| VNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Aspire<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065-6285 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase<br>1500 Westfield Dr<br>Elgin, IL 60124-7836 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 |
| Hecrb/City Furniture<br>Po Box 981439<br>El Paso, TX 79998-1439 | Home Loan Services<br>150 Allegheny Center Mal<br>Pittsburgh, PA 15212-5335 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/Bsbuy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Internal Revenue Ser.<br>Centralized Insolcency Operation<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>1850 SW 6 Court<br>Stop 5730<br>Fort Lauderdale, FL 33324-3210 | Internal Revenue Services<br>P O Box 7317<br>Philadelphia, PA 19101-7317 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Patrick A Carey, Esq.<br>10967 Lake Underhill Road Unit 125<br>Orlando, FL 32825-4454 | Pollack & Rosen, P.A.<br>800 Douglas Road Suite 450<br>Miami, FL 33134-3189 | Robertson, Anshutz & Schneid, P.L.<br>31010 North Military Trail Suite 300<br>Boca Raton, FL 33431 |
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Woodgrove Townshouse Condo.<br>1137 N. Biscayne Blvd. Pt. Rd.<br>Miami Beach, FL 33141-1755 | Diego Villamediana<br>2547 NE 182 Street<br>Miami, FL 33160-2019 |

| | | |
|---|---|---|
| Jorge L Suarez Esq.<br>Bankruptcy Legal Services, P.A.<br>3735 SW 8 St #101<br>Coral Gables, FL 33134-3120 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Yoli A Suarez<br>Bankruptcy Legal Services, P.A.<br>3735 SW 8 St # 101<br>Coral Gables, FL 33134-3120 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | (d)Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 |
| (d)Fia Csna<br>Po Box 982238<br>El Paso, TX 79998 | Homeq Servicing<br>Po Box 13716<br>Sacramento, CA 95853 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Azurea I, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | (d)LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     3
Total                  35