

**ORDERED in the Southern District of Florida on January 20, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re:  
**DIEGO VILLAMEDIANA**  
SSN:XXX-XX-0520  
        Debtor.  
_____/

Case No. 12-33355-BKC-AJC  
Chapter 13

### ORDER GRANTING MOTION FOR EARLY PAYOFF

THIS CASE came on to be heard on this 19th day of January, 2015 as a result of Debtor's Motion for Early Payoff, and the Court having been fully advised,

**IT IS ORDERED AND ADJUDGED:**

Motion for Early Payoff is Granted.

###

Jorge L. Suarez, Esq. is directed to mail a conformed copy of this Order to all interested parties.